Enrique Alcaraz, demandante y apelado, *v.* Pedro D'azizi, demandado y apelante.

No. 4502.—*Visto:* Marzo 5, 1928. *Resuelto:* Marzo 8, 1928.

Costas—Fijación o Tasación—Memorándum de Costas—Apelación—Desestimación—Defectos en el Récord—Omisión de Incorporar la Prueba.—Aún cuando en algunos recursos contra resolución dictada en el incidente sobre memorándum de costas, para juzgar la cuestión de costas debidamente puede que sea necesario elevar la prueba, cuando en un caso el Supremo no está o no queda convencido de que fuera indispensable la incorporación de tal prueba, la apelación cae dentro del principio de que, cuando se tiene a la vista las alegaciones, generalmente no procede una moción de desestimación.

Moción sobre desestimación de apelación, interpuesta ésta contra sentencia de *Pablo Berga,* J. (San Juan), aprobando un memorándum de costas. *Sin lugar.*

*A. R. de Jesús,* abogado del apelante; *Angel A. Vázquez,* abogado del apelado.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

Se trata de una apelación para determinar una cuestión de costas. Se ha presentado una moción para desestimar en la que se alega que la apelación es frívola porque el apelante ha dejado de incorporar la prueba, y por tanto, que esta corte no está en posición de juzgar los méritos del recurso de apelación.

Anteriormente hemos resuelto que el dejar de incorporar la prueba no era fundamento para desestimar una apelación, en vista de que de las alegaciones (*pleadings*) podía surgir una cuestión de hecho o de derecho. Puede concebirse que la revisión de una cuestión de costas podría presentar una situación distinta.

También hemos resuelto en un número de casos que la cuestión de costas para ser juzgada debidamente podría re-

querir que se elevara la prueba con el fin de que esta corte estuviera en la misma situación que la corte inferior.

En contestación a la moción de desestimación el apelante sostiene que este tribunal puede darse cuenta de la situación haciendo un examen de la oposición al memorándum de costas, en el que se expuso la naturaleza de las alegaciones, la duración del juicio y otras materias. No estamos convencidos de que fuera indispensable la incorporación de la prueba, y, por tanto, la apelación cae dentro del principio primeramente enunciado de que cuando tenemos a la vista las alegaciones, generalmente no procede una moción de desestimación.

*Se declara sin lugar la moción de desestimación.*